UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Civil Action Number:** 1:16-cv-24243-JAL

JUAN CARLOS GIL,

    Plaintiff,

v.

SR/ECOM, LLC,

    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff Juan Carlos Gil, by and through the undersigned counsel, hereby provides notice that the parties have reached a settlement and will be executing a confidential settlement agreement resolving all claims and matters in this case. Upon the execution of a Confidential Settlement Agreement (and within forty-five (45) days of this Notice), the parties will file a Joint Stipulation For Dismissal with this Court.

Respectfully submitted on this 15th day of February, 2017.

    *s/ Scott R. Dinin*
    Scott R. Dinin
    SCOTT R. DININ P.A.
    4200 NW 7th Avenue
    Miami, Florida 33127
    Telephone: (786) 431-1333
    Facsimile: (786) 513-7700
    Email: inbox@dininlaw.com
    *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this this 15th day of February, 2017, the foregoing **NOTICE OF SETTLEMENT** was filed electronically using the U.S. Court's CM/ECF, which caused a copy of the same to be served electronically to:

Robert S. Fine, Esq.
Greenberg Traurig, P.A.
333 SE 2nd Ave., Suite 4400
Miami, Florida 33131
Tel: (305) 579-0500
Email: finer@gtlaw.com
*Attorney for Defendant*

*s/ Scott R. Dinin*